**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| Jonathan Grayson, | : |
| Plaintiff, | : Civil Action No.: 1:16-cv-03446-MJG |
| v. | : |
| Penn Credit Corporation; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**PURSUANT TO RULE 41(a)**

Jonathan Grayson ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the Complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 23, 2017

Respectfully submitted,

By /s/ Sergei Lemberg
Sergei Lemberg, Esq.
LEMBERG LAW, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Email: slemberg@lemberglaw.com
ATTORNEYS FOR PLAINTIFF

SO ORDERED, on Tuesday, January 24, 2017.

/s/
Marvin J. Garbis
United States District Judge